No. 997. LUMBERMEN'S MUTUAL CASUALTY Co. *v.* WRIGHT ET AL. C. A. 5th Cir. Certiorari denied. *Albert E. Brault* for petitioner.

No. 1033. WALKER ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Melva M. Graney* for the United States.

No. 1066. REYNOLDS ET UX. *v.* LENTZ ET AL. C. A. 9th Cir. Certiorari denied. *Bailey E. Bell* for petitioners. *Edward V. Davis* for Lentz et ux., *Ralph E. Moody* for the Bank of Homer et al., and *J. Earl Cooper* for Anderson et al., respondents.

No. 1083. DANIELS, DOING BUSINESS AS HARRY C. DANIELS & Co., *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *David F. Root* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Robert L. Farrington, Neil Brooks* and *Donald A. Campbell* for the United States and the Secretary of Agriculture, respondents.

No. 1089. BARKEY IMPORTING Co. *v.* IRAVANI MOTTAGHI. C. A. 2d Cir. Certiorari denied. *Isidor J. Kresel* for petitioner. *Thomas F. Meehan* for respondent.

No. 580, Misc. SMITH *v.* SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Michael R. Alfieri,* Assistant Attorney General, for respondent.